**Order entered May 10, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00378-CV

## TODD PRUETT, Appellant

## V.

## MARK STOLZ, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

We **DENY** appellant's May 1, 2013 motion to add newly discovered evidence and illegality to writ of mandamus.

/s/     DAVID LEWIS
JUSTICE